UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | CAUSE NO. 3:08-CR-54 RM |
| ) | |
| ANGELINE THOMAS (2) ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on August 21, 2008 [Doc. No. 46]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Angeline Thomas' plea of guilty, and FINDS the defendant guilty of Count 2 of the Indictment, in violation of 21 U.S.C. § 841(a)(1) and (b), 860(a) and 18 U.S.C. § 2.

SO ORDERED.

ENTERED: September 9, 2008

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court